KEVIN T. HELENIUS  
40 Lake Bellevue Suite 100  
Bellevue, WA 98005

Judge: CHRISTOPHER M. ALSTON  
Chapter 13  
Hearing location: Telephonic  
Hearing date: April 29, 2021  
Hearing time: 9:30 a.m.  
Response date: April 22, 2021

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | ) | Case No. 19-12181-CMA |
|---|---|---|
| FREDELL L ANDERSON, | ) | MOTION TO ABANDON PROPERTY |
| Debtor. | ) | |

COMES NOW Debtor, Fredell L. Anderson, by and through his attorney, Kevin T. Helenius, and moves for an order approving the Motion to Abandon Property:

1. Debtor filed this Chapter 13 Bankruptcy on June 10, 2019.

2. Debtor's Amended Plan was confirmed on November 8, 2019.

3. Debtor seeks to abandon a personal injury claim arising from a motor vehicle accident of July 8, 2017. The claim arising from the accident is of inconsequential value and benefit to the estate.

Wherefore, the Debtor requests that the claim be ordered abandoned.

DATED this 7th day of April, 2021.

/s/ Kevin T. Helenius  
Kevin T. Helenius, WSBA# 11064

MOTION TO ABANDON PROPERTY - 1

KEVIN T. HELENIUS  
40 Lake Bellevue Suite 100  
Bellevue, WA 98005  
(425) 450-7011

Case 19-12181-CMA    Doc 62    Filed 04/07/21    Ent. 04/07/21 14:22:28    Pg. 1 of 1