**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) Case No. 19-12181-CMA
)
FREDELL L ANDERSON, )
) ORDER ABANDONING PROPERTY
)
Debtor. )

THIS MATTER having come before the Court on the Debtor's Motion to Abandon Property, proper notice having been given, and the Court being fully advised, it is

ORDERED that, pursuant to 11 U.S.C. § 554(a), the Debtor's personal injury claim arising from a motor vehicle accident of July 8, 2017 is abandoned by the estate.

/// End of Order ///

Presented by:
/s/ Kevin T. Helenius
Kevin T. Helenius, WSBA# 11064

ORDER ABANDONING PROPERTY - 1

KEVIN T. HELENIUS
40 Lake Bellevue Suite 100
Bellevue, WA 98005
(425)450-7011

Case 19-12181-CMA    Doc 73    Filed 04/30/21    Ent. 04/30/21 10:24:01    Pg. 1 of 1