KEVIN T. HELENIUS
40 Lake Bellevue Suite 100
Bellevue, WA  98005

Judge: CHRISTOPHER M. ALSTON
Chapter 13
Hearing location: Seattle, WA
Hearing date:  July 22, 2021
Hearing time:  9:30 a.m.
Response date: July 15, 2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:                                              )     Case No. 19-12181-CMA
                                                    )
                                                    )     RESPONSE TO MOTION TO CONVERT CASE
FREDELL L ANDERSON,                                 )
                                                    )
         Debtor.                                    )
_____)

COMES NOW Debtor, Fredell L. Anderson, by and through his attorney, Kevin T. Helenius,

and responds to the Trustee's Motion to Convert Case as follows:

1.   Debtor has filed a Motion for Voluntary Dismissal. The hearing on the Motion for

     Voluntary Dismissal is set for August 5, 2021.

WHEREFORE, Debtor objects to the Trustee's Motion to Convert Case and requests that the

motion be denied.

         DATED this 15 day of July, 2019.

                                        /s/ Kevin T. Helenius
                                        Kevin T. Helenius, WSBA# 11064

RESPONSE TO MOTION TO CONVERT CASE - 1                              KEVIN T. HELENIUS
                                                                   40 Lake Bellevue Suite 100
                                                                   Bellevue, WA  98005
                                                                   (425) 450-7011

Case 19-12181-CMA    Doc 79    Filed 07/15/21    Ent. 07/15/21 16:47:16    Pg. 1 of 1